United States Bankruptcy Court

Eastern District of Tennessee

Jarrard, Trustee,
    Plaintiff

McCullers, Jr.,
    Defendant

Adv. Proc. No. 21-03025-SHB

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0649-3 | User: harpern | Page 1 of 1 |
| Date Rcvd: Sep 16, 2021 | Form ID: pdfap | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Carl J. McCullers, Jr., 329 Victor Drive, Knoxville, TN 37912-3434 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/Text: rej@qcflaw.com | Sep 16 2021 20:00:00 | Ryan E. Jarrard, Trustee, Quist, Fitzpatrick & Jarrard, PLLC, 800 S. Gay St., Ste. 2121, Knoxville, TN 37929-9711 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Derrick Davis | on behalf of Plaintiff Ryan E. Jarrard Trustee dmdavis@qfjlaw.com |
| Ryan E. Jarrard | on behalf of Plaintiff Ryan E. Jarrard Trustee rej@qcflaw.com, koconnor@qfjlaw.com |

TOTAL: 2



**SO ORDERED.**
**SIGNED this 16th day of September, 2021**

_____
Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF TENNESSEE**

In re

VALENCIA CHRISTIUNA MCCULLERS
fka VALENCIA CHRISTIUNA HUNTLEY

Case No. 3:21-bk-30394-SHB
Chapter 7

Debtor

RYAN E. JARRARD, TRUSTEE

Plaintiff

v.

Adv. Proc. No. 3:21-ap-3025-SHB

CARL J. MCCULLERS, JR.

Defendant

**O R D E R**

Pursuant to Federal Rule of Civil Procedure 16(b), incorporated into Federal Rule of Bankruptcy Procedure 7016, the Court directs the following:

1. A scheduling conference will be held in this adversary proceeding on October 14, 2021, at 1:30 p.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States

Courthouse, Knoxville, Tennessee, for the purpose of preparing a scheduling order. During the conference, the Court will schedule this adversary proceeding for trial and will set dates for completing discovery, filing dispositive motions, submitting a pretrial order, and filing pretrial briefs. The Court may schedule a final pretrial conference to be held shortly before the trial date.

    2. Defendant, who is acting *pro se*, and counsel for Plaintiff are expected to appear.

###